505 A.2d 251

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**James R. HECK.**

Supreme Court of Pennsylvania.

Feb. 5, 1986.

536

Petition for Allowance of Appeal GRANTED, No. 16 E.D. Appeal Docket 1986.